IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**MICHAEL EINFELDT**
**REG #06087-029**                                                                                          **PLAINTIFF**

v.                    Case No. 2:14-cv-00062-KGB/HDY

**C.V. RIVERA**, *et al.*                                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing without prejudice this case; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this the 18th day of February, 2015.

                                                                        _____
                                                                        Kristine G. Baker
                                                                        United States District Judge